IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | No. 11-36-7 |
| | : | |
| AARON TYLER JOHNSON | : | |
| | : | |

# ORDER

This 15th day of July, 2021, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion Pursuant to 18 U.S.C. 3582 (C)(l)(B) for the Application of the First Step Act, ECF 480, is **DENIED**.

                                                                                      /s/ Gerald Austin McHugh
                                                                                      United States District Judge